1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Monarch Coin Corporation, | CASE NO. 25-cv-00738-JHC |
| Plaintiff, | ORDER |
| v. | |
| Monarch Precious Metals LLC, | |
| Defendant. | |

    This matter comes before the Court on its own Order to Show Cause. Dkt. # 6. The Court has reviewed Plaintiff's response, Dkt. # 7, and finds that judicial efficiency would be enhanced by providing a short extension in light of settlement discussions.

    Accordingly, the Court DIRECTS Plaintiff to file proof of service by February 12, 2026. If Plaintiff does not do so, this case will be dismissed without prejudice.

    Dated this 12th day of January, 2026.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1