UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MONARCH COIN CORPORATION,

                Plaintiff,

    v.

MONARCH PRECIOUS METALS LLC,

                Defendant.

No. 2:25-cv-00738-JHC

**STIPULATED MOTION AND ORDER TO EXTEND CASE DEADLINES**

NOTE ON MOTION CALENDAR:
May 7, 2026

Plaintiff Monarch Coin Corporation ("MCC") and Defendant Monarch Precious Metals LLC ("MPM") (collectively the "Parties") stipulate and respectfully request an order continuing case scheduling deadlines. In support of this request, the Parties state as follows:

**STIPULATION**

1.     MCC filed this suit on April 22, 2025, asserting claims against MPM for trademark infringement and unfair competition. *See* Dkt. No. 1.

2.     On November 19, 2025, the Court issued an Order to Show Cause directing MCC to file proof of service or show good cause for failure to effect service by the deadline set by Fed. R. Civ. P. 4(m). *See* Dkt. No. 6.

STIPULATED MOTION AND ORDER
TO EXTEND CASE DEADLINES (2:25-cv-00738-THC) - 1

3.     On December 3, 2025, MCC filed a response to the Order to Show Cause stating that the parties were engaged in settlement discussions, had exchanged drafts of term sheets, were cautiously optimistic that settlement may be achieved without the need for Defendant MPM to appear and answer and that MCC believed good cause existed to not dismiss the Compliant.  *See* Dkt. No. 7.

4.     On January 12, 2026, the Court issued an Order finding that judicial efficiency would be enhanced by providing MCC an extension of time to file proof of service in light of settlement discussions, and directing MCC to file proof of service by February 12, 2026.  Dkt. No. 9.

5.     On February 11, 2026, MCC filed an Affidavit of Service of Summons and Complaint and a Response to Order to Show Cause stating that proof of service had been filed.  *See* Dkt. Nos. 11 & 12.

6.     On April 1, 2026, the Court issued an Order Regarding Initial Disclosures, Joint Status Report and Early Settlement setting April 15, 2026 as the deadline for the Fed. R. Ci. P. 26(f) conference, April 29, 2026 for initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and May 6, 2026, for submission of the partes Combined Joint Status Report and Discovery Plan.  *See* Dkt. No. 14.

7.     On April 9, 2026, the parties filed a Stipulated Motion to Extend Case Deadlines to facilitate ongoing settlement discussion. *See* Dkt. No. 15.

8.     On April 9, 2026, the Court granted the Stipulated Motion and reset the deadlines set in the April 1, 2026 Order as follows:  May 15, 2026 as the deadline for the Fed. R. Civ. P. 26(f) conference, May 29, 2026 for initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and June 5, 2026, for submission of the partes Combined Joint Status Report and Discovery Plan. *See* Dkt. No. 16.

9.     The parties continue to be engaged in settlement discussions, with MCC having provided an updated term sheet draft for MPM's consideration and review on April 20, 2026 and MPM providing its response and an updated term sheet for MCC's consideration

STIPULATED MOTION AND ORDER
TO EXTEND CASE DEADLINES (2:25-cv-00738-THC) - 2

and review on May 4, 2026.  The parties remain cautiously optimistic that settlement may be achieved without the need for the parties to incur further expense or burden the Court's resources.

10.    To facilitate the parties' settlement discussions, the parties previously agreed to an extension until May 11, 2026 of MPM's time to answer or otherwise move pursuant to Fed. R. Civ. P. 12(a).  The Parties further believe that good cause exists to extend that deadline by an additional month, together with the deadlines for the Rule 26(f) conference, initial disclosures and the Combined Joint Status Report and Discovery Plans so as to enable the parties to conserve resources and focus their efforts on continuing settlement discussions.

11.    Accordingly, the Parties stipulate that good cause exists to extend case deadlines as set forth below, *see* Fed. R. Civ. P. 6(b)(1)(A):

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Defendant to Answer or Otherwise Move Pursuant to FRCP 12(a) | 5/11/2026 | **6/10/2026** |
| Deadline for FRCP 26(f) Conference | 5/15/2026 | **6/15/2026** |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 5/29/2026 | **6/29/2026** |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 6/5/2026 | **7/6/2026** |

12.    This is the Parties' second request for an extension of case deadlines.

Accordingly, the Parties stipulate that good cause exists to extend case deadlines as set forth below, see Fed. R. Civ. P. 6(b)(1)(A):Based on the foregoing good cause, the Parties jointly request that the Court grant a modest extension of the above case deadlines.

Stipulated to this 7th day of May, 2026.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Monarch Precious Metals LLC*

By: *s/ Caesar Kalinowski IV*
Caesar Kalinowski IV, WSBA #52650
920 Fifth Ave, Ste 3300
Seattle, WA 98104-1610
Tel:  (206) 622-3150
Email: caesarkalinowski@dwt.com

I certify that this memorandum contains 704 words, in compliance with the Local Civil Rules.

BAMERT REGAN
*Attorneys for Monarch Coin Corporation*

By: *s/ John J. Bamert*
John J. Bamert, WSBA # 48128
Kevin Edward Regan, WSBA #44565
600 1st Ave. Ste 330
PMB 55215
Seattle, WA 98104
Tel:  (206) 486-7022
Email: bamert@bamertregan.com
Email: regan@bamertregan.com

STIPULATED MOTION AND ORDER
TO EXTEND CASE DEADLINES (2:25-cv-00738-THC) - 4

## ORDER

Having considered the parties' stipulation, **IT IS SO ORDERED.**

Dated: May 7, 2026.

_John H. Chun_
John H. Chun
United States District Judge