UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MONARCH COIN CORPORATION,

           Plaintiff,

    v.

MONARCH PRECIOUS METALS LLC,

           Defendant.

No. 2:25-cv-00738-JHC

**NOTICE OF SETTLEMENT AND STIPULATED MOTION TO VACATE SCHEDULE**

WITHOUT ORAL ARGUMENT

NOTE ON MOTION CALENDAR:
JUNE 8, 2026

Pursuant to LCR 11(b), Plaintiff Monarch Coin Corporation ("MCC") and Defendant Monarch Precious Metals LLC ("MPM") (collectively the "Parties") jointly file this notice to inform the Court that they have reached an agreement in principle to resolve the claims in this matter. The parties are currently working to memorialize, finalize, and execute the settlement. In light of the settlement, the parties respectfully request that the Court vacate all deadlines in this matter. The parties intend to file a stipulation to dismiss this matter with prejudice following execution of this settlement.

STIPULATED MOTION AND ORDER
(2:25-cv-00738-JHC) - 1

Stipulated to this 8th day of June, 2026.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Monarch Precious Metals LLC*


By: *s/ Caesar Kalinowski IV*
    Caesar Kalinowski IV, WSBA #52650
    920 Fifth Ave, Ste 3300
    Seattle, WA 98104-1610
    Tel:  (206) 622-3150
    Email: caesarkalinowski@dwt.com

I certify that this memorandum contains 90 words, in compliance with the Local Civil Rules.


BAMERT REGAN
*Attorneys for Monarch Coin Corporation*


By: *s/ John J. Bamert*
    John J. Bamert, WSBA # 48128
    Kevin Edward Regan, WSBA #44565
    600 1st Ave. Ste 330
    PMB 55215
    Seattle, WA 98104
    Tel:  (206) 486-7022
    Email: bamert@bamertregan.com
    Email: regan@bamertregan.com

## **ORDER**

Having considered the parties' stipulation, **IT IS SO ORDERED.**

Dated:  June 8, 2026.

_John H. Chun_____
John H. Chun
United States District Judge

STIPULATED MOTION AND ORDER
(2:25-cv-00738-JHC) - 3